IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:92CR3081 |
| | ) | |
| v. | ) | |
| | ) | |
| RAUL CAMARENA SIGALA, | ) | MEMORANDUM AND ORDER REQUEST |
| | ) | FOR CERTIFICATE OF APPEALABILITY |
| Defendant. | ) | |
| | ) | |

A certificate of appealability is issued on the claim that *United States v. Booker*, 125 S.Ct. 738 (2005), should be retroactively applied in this case.  That issue raises a substantial showing of the denial of a constitutional right.

Dated June 22, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge